Kevin MALLOY, Claimant/Respondent,

v.

GENERAL MOTORS CORPORATION, Employer/Appellant.

No. 59806.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 15, 1991.

Brian J. Dean, Private Atty., Harlan & Harlan, St. Louis, for employer/appellant.

Ronald August Caimi, Private Atty., St. Louis, for claimant/respondent.

ORDER

PER CURIAM.

Employer appeals from an award by the Missouri Labor and Industrial Relations Commission in favor of claimant. We affirm.

The findings and conclusions of the Commission are supported by competent and substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for our order affirming the award pursuant to Rule 84.-16(b).